*In re* **WALNER**, Keith Richard (MR 20853)
Los Angeles, CA

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Keith Richard Walner, who has been disciplined in the State of California, is censured in the State of Illinois and placed on probation for three years subject to the conditions imposed by the Bar Court of the State Bar of California.